# UNITED STATES DISTRICT COURT

for the
Western District of Texas

_________ Division

FILED
FEB 10 2023
CLERK U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________ DEPUTY CLERK

Chauncy Williams

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Adrianne Pernell
Jessica N Morrison
Sharlann M. Roe
Brandy Hallford (see attachment)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. A23CA164 RP
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Chauncy Williams |
| Address | PO Box 1638 |
| | Pflugerville (*City*) TX (*State*) 78691 (*Zip Code*) |
| County | Travis |
| Telephone Number | 737-280-2822 |
| E-Mail Address | chauncywilliams@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Adrianne Pernell |
| Job or Title *(if known)* | |
| Address | 324 Uncle Billy Way |
| | Jarrell (*City*) TX (*State*) 78537 (*Zip Code*) |
| County | Williamson |
| Telephone Number | 512-945-7887 |
| E-Mail Address *(if known)* | adrianne.pernell@gmail.com |

☑ Individual capacity ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Jessica Morrison |
| Job or Title *(if known)* | Attorney |
| Address | 405 M.L.K Street (2nd Flr, Courthouse Annex) |
| | Georgetown (*City*) Tx (*State*) 78626 (*Zip Code*) |
| County | Williamson |
| Telephone Number | 512-943-1918 |
| E-Mail Address *(if known)* | jessica.morrison@wilco.org |

☐ Individual capacity ☑ Official capacity

Defendant No. 3

Name: Brandy Hallford

Job or Title *(if known)*: Judge

Address: 405 M.L.K Street (County Court at Law #1)

Georgetown (*City*) Tx (*State*) 78626 (*Zip Code*)

County: Williamson

Telephone Number: 512-542-4247

E-Mail Address *(if known)*:

☐ Individual capacity ☑ Official capacity

Defendant No. 4

Name: Sharlann M. Roe

Job or Title *(if known)*: Attorney

Address: 808 West 11th Street

Austin (*City*) Tx (*State*) 78701 (*Zip Code*)

County: Travis

Telephone Number: 512-476-9683

E-Mail Address *(if known)*: office@smroe.com

☐ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

18 USC 201 18 USC 1001
18 USC 241 18USC 1621
18 USC 242
42 USC 1985
42 USC 1986

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Loss of property
Loss of employment
Emotional distress and humiliation

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1,000,0000

Page 5 of 6

        1st amendment
        4th amendment
        5th amendment
        6th amendment
        14th amendment

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Adrianne Pernell submitted under oath false allegations of domestic violence.
Jacqueline Pernell made false claims by telephone to Jarrell Police of Dept of domestic violence.
Jessica Morrison failed to investigate Adrianne's complaint depriving the plaintiff of equal protection laws.
Brandy Hallford violated due process and deprived the plaintiff of his civil rights under the color of law.
Sharlann Roe entertained the conspiracies with Adrianne and Williamson County Victim Services to deprive and extort the plaintiff of his civil rights.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

324 Uncle Billy Way and
County Court at Law #1
405 M.L.K Street
Georgetown, Tx 78626

B. What date and approximate time did the events giving rise to your claim(s) occur?
April 25 - May 25, 2021- on going

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Adrianne illegally evicted the plaintiff out of 324 Uncle Billy Way, Jarrell, Tx, 78537 accusing him of domestic violence because he came home at 3 am after dinner with his brother Jordan Williams. Adrianne called her mother Jacqueline Pernell, who threatened to assault the plaintiff and made multiple false claims to Jarrell Police accusing the plaintiff of domestic violence she did not witness. Adrianne intentionally and knowingly fabricated a complaint to the Williamson Victim Services of the accusations in order to acquire a protection order. To use on evict the plaintiff 2 months after he voluntarily moved out.

Brandy Hallford approved the protection order, violating due process.

Jessica Morrison submitted the affidavit of protection from Adrianne Pernell without investigating the allegations and Sharlann assisted Adrianne with the accusation.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/08/2023

Signature of Plaintiff Chauncy Williams

Printed Name of Plaintiff Chauncy Williams

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

*City* *State* *Zip Code*

Telephone Number

E-mail Address